UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-14061-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

KENNETH JAMES SNOW, JR.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on November 15, 2018. A Report and Recommendation was filed on November 21, 2018, [ECF No. 18], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation within fourteen days from the date of this report and the record reveals that none were filed and noted by the Court. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 18], of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count Three of the Indictment, which charges the Defendant with possession of a firearm and ammunition by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1).

The Government agreed to dismiss the remaining counts of the Indictment at the time of sentencing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of December, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Magistrate Judge Maynard
All Counsel Of Record